IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARK N. PORTER     PLAINTIFF

V.     CIVIL ACTION NO. 3:15-CV-174-NBB-SAA

SHELTER LIFE INSURANCE COMPANY
and MATTHEW BISHOP, Individually and as Agent
of SHELTER LIFE INSURANCE COMPANY     DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is ORDERED AND ADJUDGED that the plaintiff's motion to remand is GRANTED, and this case is hereby remanded to the Circuit Court of Lafayette County, Mississippi.

This, the 1st day of August, 2016.

                                               /s/ Neal Biggers
                                               **NEAL B. BIGGERS, JR.**
                                               **SENIOR U.S. DISTRICT JUDGE**